# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Haddon, Sam E | 2. Court or Organization<br><br>District Court - Montana | 3. Date of Report<br><br>04/25/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>Federal Courthouse<br>215 1st Avenue North Room 200<br>Great Falls, MT 59401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED
2008 MAY 13 A 11: 31
FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haddon, Sam E | 04/25/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2007 | Buchanan Capital LLC for First Clearing LLC - Pension plan distribution | $ 156,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | The Northern Trust Company for Providence Health System - Retirement distribution |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Montana | May 20-27, 2007 | Missoula, MT | Adv Trial Advocacy Prog | Lodging & meals |
| 2. | Exchange Club of Missoula | June 7-8, 2007 | Missoula, MT | Law Enforcement Banquet | Transportation, lodging & meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Haddon, Sam E | 04/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Sovereign Bank CD | C | Interest | | | Matured | 2/1 | L | | |
| 19. World Savings Bank 5.1 | | None | M | T | Buy | 5/16 | M | | |
| 20. World Savings Bank 5.3 | C | Interest | M | T | Buy | 6/27 | L | | |
| 21. American Bank | B | Interest | L | T | Buy | 2/8 | K | | |
| 22. PHO | A | Dividend | | | Buy | 4/30 | K | | |
| 23. | | | | | Sell | 9/27 | L | C | |
| 24. PEO | A | Dividend | | | Buy | 3/13 | K | | |
| 25. | | | | | Sell | 5/30 | K | C | |
| 26. DHS | C | Dividend | L | T | Buy | 2/9 | K | | |
| 27. | | | | | Buy | 2/26 | K | | |
| 28. | | | | | Buy | 3/13 | K | | |
| 29. DTH | | None | | | Buy | 2/9 | K | | |
| 30. | | | | | Buy | 2/26 | K | | |
| 31. | | | | | Buy | 3/13 | K | | |
| 32. | | | | | Sell | 7/18 | L | D | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Investments and Trusts

2 transactions occurred in 2006 that were inadvertently omitted from the 2006 financial disclosure report. They are as follows:

1. Southwest Air:
   Column B, Part 1: A
   Column B, Part 2: Int
   Column C, Part 1: No entry
   Column C, Part 2: No entry
   Column D, Part 1: Matured
   Column D, Part 2: 11/1/2006
   Column D, Part 3: K
   Column D, Part 4: No entry
   Column D, Part 5: No entry

2. Blackrock Global: Additional ownership was purchased 10/3/06, for value within the $50,001 to $100,000 range. This asset was included in the 2007 sale of all Blackrock Global.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| Name of Person Reporting | Date of Report |
|---|---|
| Haddon, Sam E | 04/25/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | American College of Trial Lawyers | Membership dues & meeting registration fees | $ 1,600.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haddon, Sam E | 04/25/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Growth Fund of Am - American Funds | D | Dividend | L | T | | | | | |
| 2. Investment Co of Am - American Funds | D | Dividend | M | T | | | | | |
| 3. Washington Mutual - American Funds | D | Dividend | M | T | | | | | |
| 4. National Rural Utility | B | Interest | K | T | | | | | |
| 5. Money Market - Wachovia Securities | C | Interest | L | T | | | | | |
| 6. First Interstate Bank | A | Interest | N | T | | | | | |
| 7. Capital Income Builder | E | Dividend | N | T | | | | | |
| 8. Independent Bank CD | C | Interest | | | Matured | 12/31 | L | | |
| 9. Lasalle CD | B | Interest | | | Matured | 12/14 | K | | |
| 10. FHL Bank 4 | B | Interest | | | Matured | 3/7 | M | | |
| 11. FHL Bank 4.5 | C | Interest | M | T | | | | | |
| 12. Wright Bank CD | B | Interest | | | Matured | 12/7 | K | | |
| 13. Blackrock Global | B | Dividend | | | Buy | 2/21 | K | | |
| 14. | | | | | Sell | 4/16 | L | D | |
| 15. Domestic Bank CD | C | Interest | | | Matured | 2/16 | L | | |
| 16. Amcore Bank CD | D | Interest | M | T | | | | | |
| 17. Washington CD | D | Interest | | | Matured | 5/10 | L | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated